**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 98-2064

_____

Harold Leroy Page; Jerry D.                    *
Ashburn; Steven Bruce Hepperle,                *
                                               *
            Appellants,                        *
                                               *
       v.                                      *
                                               *
Eldora Boys Training School, sued              *  Appeal from the United States
as (1970 to 1974...Superintendent              *  District Court for the
of Eldora Training School for Boys);           *  Northern District of Iowa.
Larry Lukin, sued as Larry Lukin of            *
Eldora Training School for Boys;               *      [UNPUBLISHED]
Richard Turner, sued as Ex-Attorney            *
General Richard Turner; Robert D. Ray,         *
sued as Ex-Gov. Robert D. Ray;                 *
Unknown Superintendent, sued as                *
I.S.M.F. Superintendent; Warden                *
Haugh, sued as I.M.R. Warden Haugh;            *
Director of Iowa Department of                 *
Corrections, sued as Director of Corr.;        *
Thomas Miller, sued as (1997...Tom             *
Miller, Atty. Gen.); Terry Branstad,           *
Governor, sued as Terry E. Branstad,           *
Gov.; State of Iowa; John Doe, sued as         *
John Doe #4, 5, 6, 7, 8, 9, 10, 11, 12,        *
13, 14, 15, 16, 17, 18, 19, and 20, were       *
Cottage Manager's, cottage Staff,              *
Health Center Staff, and Counselors            *
at the Eldora Training School for Boy's;        *

Mary Voss, a school teacher, at the     *
Eldora Training School for Boys,     *
                                     *
          Appellees.            *

_____

Submitted:  May 5, 1998
Filed: May 8, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Attorneys.

_____

PER CURIAM.

Iowa inmates Harold Leroy Page, Jerry D. Ashburn, and Steven Bruce Hepperle appeal the district court's[1] order dismissing their 42 U.S.C. § 1983 action.  Having carefully reviewed the record, we affirm the judgment of the district court for the reasons stated in its order opinion.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.